**STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT**

I, Edward E. Moschella, Special Agent with the Federal Bureau of Investigation (FBI), of the Washington Field Office (WFO), Washington D.C., (hereinafter the "affiant") being duly sworn, depose and state the following:

I have been employed as a Special Agent of the FBI since March 1997 and am currently assigned to the Washington Field Office Child Exploitation Task Force. Since joining the FBI, I have investigated violations of federal law involving organized crime, drug trafficking, and terrorism and I currently investigate federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training and work related to conducting these types of investigations. The statements in this affidavit are based in part on information obtained during the investigation conducted by the FBI Child Exploitation Human Trafficking Task Force and my own participation in this investigation.

On Thursday November 16, 2017, the Metropolitan Police Department for the District of Columbia (MPDC) was contacted by the parents of the Child Victim (hereinafter referred to as CV), a ten year old female residing in the District of Columbia. CV's parents reported that CV was contacted on her cellular phone by an individual she did not know, via text from a cellular phone which was assigned telephone number 360-214-1406. CV's parents reported that this unknown person asked CV to send nude images. CV complied with the unknown's request and, in return, the unknown person sent pornographic images to CV. After the initial report was taken, the matter was referred to the MPDC-Youth and Family Services Division and was assigned to Detective Timothy Palchak for follow up investigation.

On Thursday November 16, 2017, Detective Palchak interviewed CV. CV provided the following information:   On Sunday, November 12, 2017 at approximately 11:00 a.m., CV

received an unsolicited text from an unknown person using a cell phone assigned cell number 360-214-1406 (hereinafter referred to as the Target Cellular Device). The initial text messages included images of a teenage girl. CV described the images as depicting a Caucasian female with long brown hair. Although CV did not recall the order of the images, she described them as depicting a teen girl with long brown hair wearing panties, and an image of a girl's buttocks (CV believes this to be an image of the girl previously described). CV responded, "ewww why are you sending pictures of your butt." The unknown responded, "please don't tell." The unknown introduced himself/herself as "Emily." CV told "Emily" her real name and age (10) but in a subsequent text message, CV indicated that she was 8. "Emily" asked CV what school she attended. CV did not respond or provide "Emily" with any other additional identifying information.

CV reported that on either Monday, November 13, 2017, or Tuesday, November 14, 2017, "Emily" re-initiated contact with CV. In one of the text messages, "Emily" indicated that he/she had helped eleven year-olds in the past. CV could not recall the details of this particular text conversation but did recall that "Emily" asked CV to send an image of herself in underwear. CV responded, "you go first." "Emily" sent CV an image of a girl in her bra and panties. The image appeared to be of the same girl as the one that "Emily" had sent to CV on Sunday, November 12.

CV reciprocated and sent an image of herself to "Emily" wearing panties and a shirt (she did not recall what shirt she was wearing). "Emily" requested another image of CV. CV told the "Emily" to send an image first. "Emily" sent CV an image of a girl with no pants or panties on with her legs slightly spread exposing her bare vagina. "Emily" requested that CV send him /her a similar picture. CV took a picture of herself lying on her bed with no panties on and her legs

slightly spread. She then sent the image to "Emily." "Emily" next sent an image of a topless girl to CV and again requested a similar picture from CV in return. CV complied with the request and took an image of her bare breast sending it to "Emily". These images were taken and sent while CV was at her home, which is located in the District of Columbia. CV was in the District of Columbia for every communication she had with "Emily".

CV reported that "Emily" subsequently requested even more pictures from CV. This time, CV told "Emily" that she did not feel comfortable and attempted to discontinue contact with her. "Emily" indicated that he /she would be willing to discontinue contact with CV in exchange for the contact names, phone numbers, and school information of her friends. "Emily" then threatened CV, stating that if CV did not provide "Emily" with the requested information, he /she would send the images CV previously provided to CV's school. Terrified, CV erased all of the text messages exchanged with "Emily" and reported the incident to her mother.

At the conclusion of the interview Detective Palchak took possession of CV's cellular phone and obtained consent to search the phone from CV and her parents.

On November 16, 2017, MPDC Detective Jeremiah Johnson, conducted a forensic extraction of data from CV's cellular phone. The examination resulted in the recovery of some of the deleted text messages between CV and "Emily", who was using a cell phone assigned the number 360-214-1406. The conversations were sexually explicit. The following is an excerpt of the extracted text message communications between the Target Cellular Device and CV's cellular phone:[1]

| Date | Time | Sender | Content |
|---|---|---|---|
| 11/14/2017 | 10:11 PM | Emily | You here. |

---

[1]   All text abbreviations and typographical errors in the quoted text language are original.

| | | | |
|---|---|---|---|
| 11/14/2017 | 10:11 PM | CV | Yep |
| 11/14/2017 | 10:13 PM | Emily | Did you feel the little bump at the top put your finger on the bump hold it on it k. |
| 11/14/2017 | 10:13 PM | CV | Umm… |
| 11/14/2017 | 10:13 PM | CV | K |
| 11/14/2017 | 10:43 PM | Emily | That tiny little hole you see is where your pee come out js. |
| 11/14/2017 | 10:44PM | CV | K I'll try.. |
| 11/14/2017 | 10:44 PM | Emily | The bigger hole is your pussy that is where a guy sticks his dick when you fuck k. |
| 11/14/2017 | 10:45PM | Emily | k don't worry this is your first time ever your doing great k. |
| 11/14/2017 | 10:49 PM | Emily | You cut your clit out of the pic. That is the most important part js. Lick your fingers rub your clit that bump rub in a circular motion press down on your |
| 11/14/2017 | 10:49 PM | Emily | Clit when rubbing. You will start too feel some tingling in your body feels great too. |
| 11/14/2017 | 10:49 PM | CV | Ok?...NO |
| 11/15/2017 | 12:57 PM | Emily | name age number what school too k. Noone will never know that you gave me the numbers pinky promise sis. |
| 11/15/2017 | 6:39 PM | Emily | Hey sis talk to me please. |
| 11/15/2017 | 11:34 PM | CV | I AM scared…. |
| 11/15/2017 | 11:35 PM | Emily | I know your 10yo you think bout guys girls things girls your age think bout. Yes sex too sis. I know you have done things with yourself too. You told me. |
| 11/15/2017 | 11:36 PM | Emily | You have fr. |
| 11/15/2017 | 11:36 PM | Emily | Lets trade nudes 4 for panty pics k. Do you have any spandex shorts or shorts sis. |
| 11/15/2017 | 11:36 PM | CV | No I am not doin that |
| 11/15/2017 | 11:37 PM | CV | I am bout to call my mom I am scared |
| 11/15/2017 | 11:37 PM | CV | Fr I am soooo Scared |
| 11/15/2017 | 11:37 PM | Emily | Then I want 5 girls names age numbers noone will ever know promise sis. That was our deal either do the numbers or pics or were not friends. |

4

| 11/15/2017 | 11:38 PM | CV | I pick no friends |
|---|---|---|---|
| 11/15/2017 | 11:38 PM | Emily | K call her tell her too call me so I can explain what happened k. |
| 11/15/2017 | 11:38 PM | CV | Sis |
| 11/15/2017 | 11:39 PM | CV | Why can't we just go on with our own business |
| 11/15/2017 | 11:39 PM | CV | And carry on with are lives |
| 11/15/2017 | 11:39 PM | Emily | Why i told you noone would find out who gave me the numbers K. |
| 11/15/2017 | 11:40 PM | CV | K but not my sis and you will leave me alone forever and never bother me again deal |
| 11/15/2017 | 11:40 PM | Emily | Trade pics then. Would you want nude pics of you or panty pics noone can tell who it is fr. |
| 11/15/2017 | 11:41 PM | CV | You can't do my sis she will defentilty call the police no joke. |
| 11/15/2017 | 11:42 PM | CV | I will give you three outher girls |
| 11/15/2017 | 11:42 PM | Emily | K deal |
| 11/15/2017 | 11:42 PM | CV | I just want you to know that u are harassing me… |
| 11/15/2017 | 11:43 PM | Emily | Deal any fake name age number the deal is off then that mean I can show your pics if you try too give fake numbers k. |
| 11/15/2017 | 11:44 PM | Emily | K no sis. I want one at a time the name age number& what school too. |
| 11/15/2017 | 11:44 PM | Emily | Girls 10yo-14yo only. Tell me if they black white Hispanic k. |
| 11/15/2017 | 11:44 PM | CV | I am not doin the school |
| 11/15/2017 | 11:49 PM | Emily | Nodeal I could find out what school you go too. Just put your pic out there asking everyone if they know what school you go to js.   Nvm bye. |
| 11/16/2017 | 12:05 AM | Emily | Fine ignore me then were done i am showing fr now. I tried too make a deal you promised too give me 5 girls name age number you lied. Sis last chance to |
| 11/16/2017 | 12:05 AM | Emily | O make a deal or I am showing fr. Not playing I will do it. |

On November 16, 2017, pursuant to an administrative subpoena, Verizon Wireless advised that they could not identify a subscriber for the cellular number 360-214-1406. Verizon

5

did, however, indicate that the account was activated on or about November 9, 2017. A subsequent telephone conversation with a Verizon Wireless employee confirmed that the cell number 360-214-1406 was assigned to a prepaid cellular phone. Law enforcement and public source databases were also queried in an attempt to associate the cellular phone number with a user. These queries met with negative results.

The number 360-214-1406, however, was associated with a complaint filed with the Bellingham, WA, Police Department. The Bellingham complainant indicated that on November 10, 2017, his seventeen-year-old daughter, hereinafter referred to as CV-2, received a text from the cell number 360-214-1406. The text wished CV-2 a happy fifteenth birthday, and mentioned wanting to have a lesbian experience with CV-2. Included with the text was a photograph of a young female's face, and some more photographs of female genitalia.

On November 14, 2017, an investigator with the Bellingham, WA Police Department conducted a review of the contents of the phone previously described. The reviewing investigator provided the following description: "There were three photos that depicted the alleged senders face, both in part and in whole. The female appeared to be approximately 15-17 years old. For all of the photos with the exception of one she was fully clothed. Although there were some photos that depicted explicit attention to her vagina and her breast they were still covered by clothing. The one photo that depicted full nudity was a photo of the bare buttock. This did not have a face shown in the photo therefore it could not be assumed the depiction of the buttocks were that of the sender, however, there was no way to be certain."

On November 20, 2017, U.S. Magistrate Judge G. Michael Harvey of the U.S. District Court for the District of Columbia issued a sealed search warrant directing Verizon Wireless to provide historical cell site data for the Target Cellular Device. The warrant also directed Verizon

Wireless to provide prospective cell site and other geo-location data for the Target Cellular Device for a period of 30 days, regardless of whether the cellular number assigned to device was switched to a different number. The warrant was served on Verizon Wireless the same day. *See* Ex. A.

On November 21, 2017, Verizon Wireless advised that the cell phone number that had been assigned to the Target Cellular Device had been changed. Specifically, Verizon Wireless advised that on November 20, 2017, the number assigned to the Target Cellular Device had been changed from 360-214-1406 to 360-210-2360.

On November 22, 2017, Magistrate Judge Harvey issued a Pen Register order authorizing federal agents to install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the number 360-210-2360. The order was served on Verizon Wireless the same day. Investigative personnel reviewed the data provided by Verizon Wireless pursuant to the pen register court order and the geolocation search warrant. The data indicated that telephone number 360-210-2360 was an active number and consistently using cell towers in the vicinity of latitude 40.6721, longitude -82.3042, which is located approximately 1.7 miles north east of Perryville, Ohio, in the Northern District of Ohio.

Between November 27 and 28, data collected through the Pen Register order and geo-location search warrants were analyzed by the FBI Cellular Analysis Survey Team. An analysis of this data indicated that the Target Cellular Device was being used in a specific geographical location near Perrysville, Ohio. Additional analysis of toll activity combined with social media analysis resulted in the identification of a specific address, 929 Township Road 2375,

Perrysville, Ohio, as the likely location of the Target Cellular Device.

On November 28, 2017, U.S. Magistrate Judge Jonathan Greenberg of the District Court of the Northern District of Ohio issued a search warrant authorizing law enforcement to utilize cell site simulator technology to precisely locate the cellular device assigned the cell number 360-210-2360. Later that day, agents with the FBI Cleveland Division located the device in question at a residence located at 929 Township Road 2375, Perrysville, Ohio 44864. A check of a law enforcement database identified an individual named Michael D. Nixon, SSN XXX-XX-3207, DOB XX-XX-1963 (hereinafter NIXON), as well as another individual, as currently residing at that location.

On November 29, 2017, Judge Greenberg issued a search warrant authorizing law enforcement to search the aforementioned residence, seize the cellular device with the number 360-210-2360, and search the electronic contents of that device. At the time agents arrived at 929 Township Road 2375 later that day to execute the warrant, NIXON was present within the residence. The cellular device assigned number 360-210-2360 was located on NIXON's person.

NIXON was interviewed at the residence. During the interview, he admitted conversing with a black female child from Washington D.C. and obtaining pictures of her from her, including pictures of her bare chest and vagina. He also admitted to masturbating to the same.

Law enforcement agents searched the electronic contents of the cellular device seized from NIXON's person. In the device's contact directory was an entry for CV's first name followed by the number "10"; the phone number associated with the contact entry matches the phone number assigned to CV's cellular phone that she used to communicate by text with "Emily." In the saved images on the device, agents recovered a picture of a prepubescent female wearing a pink shirt with distinct lettering who matched the description of CV; the prepubescent

female in the image was identified by Detective Palchak as CV. Agents also identified an image of a female wearing the same pink shirt with distinct lettering, pulling up the shirt and exposing her breast. Agents also discovered in the device a close-up photograph of the vagina of a prepubescent African-American female in which the clitoral area is not contained within the picture. Agents also identified another close up photograph of the vagina of a prepubescent African American female in which fingers are spreading the vagina open. In both of the aforementioned photographs of the vagina, the prepubescent child's genitalia is the focus of the photograph and prominently displayed.

    NIXON was subsequently transported to the Ashland County Sheriff's Office, where he was advised of his *Miranda* rights and chose to provide a written, signed statement. In the statement, NIXON stated that he had recently been "texting via my flip phone with an African American 10 year-old female child from Washington DC who I called 'Sis.' I was impersonating another female child who had previously sent me naked pictures of herself." NIXON advised that he sent those naked pictures to the 10-year-old female "to entice Sis to send me pictures of her vagina, buttock, breast, etc." NIXON stated that Sis complied and sent him naked pictures of herself to his phone. NIXON stated that he did not know his flip phone number "because I change it frequently so law enforcement won't catch me." NIXON acknowledged threatening "to expose or send Sis's naked pictures to her friends if Sis did not identify other children her age so I could also engage them in the same way as I did with Sis." NIXON stated that he could not recall the actual number of time that he had impersonated a child in order to obtain naked pictures from the child, but he estimated that he had targeted "about 25 to 50 children throughout

the United States" in this manner.

Based on the foregoing, your affiant believes that there is probable cause to believe that on or about November 15, 2017, within the District of Columbia and elsewhere, Michael D. Nixon committed the offense of Production of Child Pornography, in violation of 18 U.S.C. §2251(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____

Edward E. Moschella, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 30th day of November, 2017.

_____

HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE FOR THE
DISTRICT OF COLUMBIA